THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TARYL LUANE GIBSON,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,,<br><br>               Defendant. | CASE NO. C14-5727-JCC<br><br>MINUTE ORDER AMENDING BRIEFING SCHEDULE |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Plaintiff's unopposed motion to amend the briefing schedule (Dkt. No. 19). Having considered the motion and attached declaration, the Court finds good cause and hereby **ORDERS** the briefing schedule be amended as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opening Brief Due | February 24, 2015 | March 20, 2015 |
| Response Brief Due | March 24, 2015 | April 17, 2015 |
| Plaintiff's Optional Reply Due | April 7, 2015 | May 1, 2015 |

MINUTE ORDER AMENDING BRIEFING
SCHEDULE, C14-5727-JCC
PAGE - 1

1  The Court notes that this is the second continuance of the briefing schedule it has granted
2  due to missing exhibits. As the Court will not be as amenable to further continuances, the parties
3  are urged to make diligent efforts to locate the necessary materials.

4  DATED this 23rd day of February 2015.

William M. McCool
Clerk of Court

s/Tasha MacAdam
Deputy Clerk
